# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

John Brunious

                Plaintiff,

v.                                       Case No.: 1:20−cv−00684

                                                  Honorable Virginia M. Kendall

City of Chicago, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 1, 2020:

      MINUTE entry before the Honorable Virginia M. Kendall. The Court adopts the Parties' Joint Status Report [18]. Answer shall be filed by 6/12/2020. End of Fact Discovery ordered closed by 1/8/2021. End of Fact Discovery Status hearing set for 1/11/2021 at 9:00 AM. Status hearing set for 6/3/2020 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.